| | | |
|---|---|---|
| AOC-E-105      Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice      Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **21-CI-006338**<br>Court:  **CIRCUIT**<br>County: **JEFFERSON Circuit** |

_Plaintiff,_ **VENECIA, VALERIE VS. WALGREEN.COM**, _Defendant_

TO:  **CORPORATION SERVICE COMPANY**

    **421 WEST MAIN STREET**

    **FRANKFORT, KY 40601**

Memo: Related party is WALGREEN.COM

The Commonwealth of Kentucky to Defendant:
**WALGREEN.COM**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                      _David L. Nicholson_

                      Jefferson Circuit Clerk
                      Date: **11/8/2021**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____

                      _____
                                Served By

                      _____
                                  Title



_eFiled_



Filed 21-CI-006338 11/08/2021 David L. Nicholson, Jefferson Circuit Clerk

**CIVIL ACTION NO.** _____

**JEFFERSON CIRCUIT COURT**

**DIVISION** _____

**JUDGE** _____

**VALERIE VENECIA**
**4831 S. 4TH ST.**
**LOUISVILLE, KY 40214**

**PLAINTIFF**

**v.**

**COMPLAINT**
**(Electronically Filed)**

**WALGREEN.COM**
**200 WILMOT ROAD**
**DEERFIELD, IL 60015**

**DEFENDANT**

**SERVE:** **CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

## I.    INTRODUCTION

Comes the Plaintiff, VALERIE VENECIA (hereinafter "VENECIA" or "Plaintiff"), and

for her Complaint against the Defendant Walgreens.com (hereinafter "Defendant") states as

follows:

## II.    PARTIES, JURISDICTION AND VENUE

1.    Plaintiff VENECIA is a Kentucky resident living in Kentucky.

2.    Defendant is a corporation doing business in Kentucky. The discrimination alleged below,

however, was perpetrated by employees of the Defendant.

3.    Venue is proper in JEFFERSON Circuit Court pursuant to Kentucky Revised Statutes

("KRS"), Chapter 452, because the events that give rise to the causes of action in this case occurred

in JEFFERSON County, Kentucky. The amount of controversy in this matter exceeds the

1



jurisdictional limit of this Court but is less than $75,000 inclusive of fees, punitive damages and the fair value of any injunctive relief.

### III.   FACTS

4.      VENECIA is employed by the Defendant.  Plaintiff works as a manager. VENECIA is Hispanic.  Plaintiff worked for the defendant from August 2017 to October 2021.  Plaintiff earned $49,965.00 per year while employed by the Defendant.  Plaintiff is 41 years old.

5.      While working for the Defendant, VENECIA was subjected to race discrimination in the form of a racist behavior.

6.      VENECIA complained to the Defendant's authorities including managers Travis Tookes and Nicholas Stout.

7.      In response to VENECIA's complaints, the defendant threatened the Plaintiff and retaliated against Plaintiff by altering Plaintiff's employment.

### IV.   CLAIMS AND CAUSES OF ACTION

#### A .   UNLAWFUL RETALIATION KRS 344.280

8.      VENECIA re-alleges all allegations contained in Paragraphs 1 through 7 above as if fully set forth herein.

9.      The Defendant's actions in altering Plaintiff's employment in retaliation for Plaintiff's complaints constitute an actionable wrongful retaliation in violation of KRS 344.280.

#### B .   RACE DISCRIMINATION

10     VENECIA re-alleges all allegations contained in Paragraphs 1 through 9 above as if fully set forth herein.

11.     The Defendant's actions in discriminating against the Plaintiff constitutes discrimination based upon race, an actionable violation of KRS 344.

2

## V. **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully prays that Plaintiff be awarded the following relief and all other relief to which Plaintiff is entitled:

A.      Trial by jury;

B.      Judgment against the Defendant on all claims asserted herein;

C.      Compensatory damages including but not limited to past and future lost wages and past and future lost benefits;

D.      Compensatory damages including but not limited to emotional distress, mental anguish, humiliation and embarrassment;

E.      Punitive damages to punish and deter similar future unlawful conduct;

F.      An award of statutory attorney fees, costs and expenses; and

G.      Statutory interest on all damages awards, verdicts or judgments.

Respectfully submitted,

/s/ Kurt A. Scharfenberger

Kurt A. Scharfenberger
The Scharfenberger Law Office
9000 Wessex Place, Suite 204
Louisville, Kentucky 40222
(502) 561-0777 (phone)
(502) 236-0888 (fax)
*Kurt@Scharfenberger-law.com*

